**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically at the time and date indicated, which may be materially different from its entry on the record.**



**Entered pursuant to Administrative Order No. 16-02, Teresa D. Underwood, Clerk of Court**

**By: /s/ Anita Pribula**
**Deputy Clerk**

**Dated: 02:31 PM April 23, 2019**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| RICHARD L. MCKOWN | ) | CASE NO. 19-60717 |
| | ) | |
| | ) | JUDGE RUSS KENDIG |
| | ) | |
| Debtor(s). | ) | |
| | ) | **NOTICE OF DEFICIENCY AND** |
| | ) | **ORDER TO SHOW CAUSE WHY** |
| | ) | **CASE SHOULD NOT BE DISMISSED** |

Upon review of the case file, the court notes that Debtor(s) have not fulfilled their obligations under Title 11 of the United States Code. Debtor(s) are hereby notified that one or more of the following deficiencies is present:

☐ Debtor(s) failed to appear at 341 meeting(s) of creditors

☐ Debtor(s) failed to pay fees required under chapter 123 of title 28

☐ Debtor(s) failed to comply with a request from this court dated _____

☐ Debtor(s) failed to comply with a notice of filing deficiency dated _____

☒ **Debtor(s) failed to comply with a missing documents notice dated 4/8/2019 Regarding:**
- **Employee Income Records**
- **Chapter 13 Plan**
- **Summary of Assets and Liabilities**
- **Schedules A-J**
- **Declaration of Debtor**
- **Statement of Financial Affairs**
- **Chapter 13 Means Test**

Unless the above deficiency(ies) are remedied, Debtor(s) must request and appear at a hearing or the above captioned case will be dismissed.

It is therefore **ORDERED** that Debtor(s) show cause why this case should not be dismissed by EITHER satisfying the above noted deficiency OR filing a written request for hearing within fourteen days (14) of entry of this order. If Debtor(s) fail to satisfy the deficiency notice OR fail to file a timely, written request for hearing, the court will find sufficient cause to dismiss the case.

In the event Debtor(s) file a response, this matter will come before the court for a hearing before the Honorable Russ Kendig, United States Bankruptcy Court, Ralph Regula US Courthouse, 401 McKinley Avenue, S.W., Canton, Ohio on **May 15, 2019** at **2:00pm**.

**A hearing will only be held if a request for hearing is received.** *In the absence of a satisfaction of the deficiency notice or a request for a hearing, the hearing will not go forward and the court will dismiss the case without further notice or hearing.*

It is so ordered.

#         #         #

**Service List:**

Richard L. McKown
1861 Mount Zion Rd.
Mansfield, OH   44903

Dynele L. Schinker-Kuharich
200 Market Avenue North
Ste. LL30
Canton, OH   44702