**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically at the time and date indicated, which may be materially different from its entry on the record.**



**Dated: 03:59 PM May 14, 2019**

Russ Kendig
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| RICHARD L. MCKOWN, | ) | CASE NO. 19-60717 |
| | ) | |
| Debtor. | ) | JUDGE RUSS KENDIG |
| | ) | |
| | ) | **ORDER DISMISSING CASE** |
| | ) | |
| | ) | |

    On April 8, 2019, the court issued a notice to Debtor informing him that he had failed to file many required bankruptcy documents, including a Chapter 13 Plan, Employee Income Records, a Summary of Assets/Liabilities, Schedules A-J, a Declaration of the Debtor, a Statement of Financial Affairs, and a Means Test. Thereafter, on April 23, 2019, the court issued a Notice of Deficiency and Order to Show Cause Why Case Should Not Be Dismissed for Debtor's continued failure to file the required bankruptcy documents. The court gave Debtor fourteen days to either cure the deficiency or request a hearing. Debtor did not provide the missing documents, nor did he respond to request a hearing. Consequently, the case is hereby **DISMISSED**.

    **DEBTOR IS HEREBY ADVISED THAT THE DISMISSAL DOES NOT RELIEVE DEBTOR'S OBLIGATION TO PAY THE FILING FEES. DEBTOR IS RESPONSIBLE FOR PAYMENT, IN FULL, OF ALL FILING FEES.**

If paying by mail, Debtor shall send a money order, payable to Clerk, United States Bankruptcy Court, to United States Bankruptcy Court, 401 McKinley Ave., S.W., Canton, OH 44702. If paying in person, Debtor shall bring either the exact amount of cash or a money order, payable to Clerk, United States Bankruptcy Court, to the Clerk's Office.

It is so ordered.

#	#	#

**Service List:**

**Richard L. McKown**
1861 Mount Zion Rd.
Mansfield, OH 44903

**Dynele L. Schinker-Kuharich**
200 Market Avenue North
Suite LL30
Canton, OH 44702